## United States District Court
## for the Eastern District of Texas
## Beaumont Division

| | | |
|---|---|---|
| Arlicia Craven Gosby § | | |
|     Plaintiff § | | |
| § | | |
| v. § | | Case No. 1:20-cv-00069 |
| § | | |
| Apache Industrial Services, Inc. § | | |
|     Defendant § | | |

**Order Granting Defendant's Traditional Motion for Summary Judgment Pursuant to Rule 56**

On the below date, the Court considered Apache Industrial Services, Inc.'s ("Apache") Traditional Motion for Summary Judgment Pursuant to Rule 56. After considering the Motion, the pleadings on file, along with supporting affidavits and exhibits, and the arguments of counsel, if any, the Court **GRANTS** the Motion.

It is, therefore, ORDERED, ADJUDGED, and DECREED that Plaintiff's claims asserted against Apache are DISMISSED WITH PREJUDICE and that Apache shall recover its costs against Plaintiff.

All other relief requested herein is denied. This is a final judgment.